UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**Manuel Dorego,**

    Plaintiff,

    vs.                        CA 09-569 ML

**ALW Sourcing, LLC,**
**Jane Doe, alias**
**Autum Doe, alias**

    Defendants.

_____

### Dismissal Stipulation

The undersigned being counsel for the Plaintiff and all the parties who have answered or otherwise defended in this matter, by agreement this matter shall be dismissed as too all parties with prejudice, no cost and no interest.

    The Plaintiff,
    By Counsel,

    /s/ John T. Longo
    _____
    John T. Longo, Esq./#4928
    681 Smith Street
    Providence, RI  02908
    (401) 272-2177
    Fax (401) 537-9185
    jtlongo@jtllegal.com

    The Defendants,
    By Counsel,

    /s/ Michael Forte
    _____
    Michael Forte, Esq./#7943
    Olenn & Penza, LLP
    530 Greenwich Avenue
    Warwick, RI  02886

**Certificate of Service**

     I certify that on _____3/24/2010_____ I electronically filed this document with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants received notice electronically:

Michael Forte, Esq.
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI  02886


Phone: (401) 737-3700
Fax:    (401) 737-5499

                                                      /s/ John T. Longo
                                                      _____
                                                      John T. Longo

                                                      My File #: FD **3025**